# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, ) ) ) ) | |
| Plaintiffs, ) | C.A. No. 17-1065-MSG-RL |
| ) v. ) ) | |
| BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM PHARMACEUTICALS INC., and BOEHRINGER INGELHEIM FREMONT, INC., ) ) ) ) ) ) | |
| Defendants. ) ) ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

AbbVie Inc. and AbbVie Biotechnology Ltd (collectively "AbbVie") and Boehringer Ingelheim International GmbH, Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Fremont, Inc. (collectively "Boehringer") submit this Joint Claim Construction Statement pursuant to the Court's Scheduling Order (D.I. 29) for the following claim terms: "fed-batch method" and "large scale" with respect to U.S. Patent No. 9,090,867 ("the '867 patent"),"Protein A" with respect to U.S. Patent No. 9,018,361 ("the '361 patent") and the '867 patent, and "stable" with respect to U.S. Patent No. 9,272,041 ("the '041 patent").

The construction of the terms or phrases on which the parties agree is attached hereto as Appendix A.

The parties' proposed construction of each disputed term or phrase, together with an identification of supporting evidence is attached hereto in the Joint Disputed Claim Terms Chart (Appendix B).

Copies of each exhibit of intrinsic evidence cited for Disputed Terms is attached as Appendix C.

The parties note that discovery is ongoing and base this disclosure on information presently available to the parties. The parties reserve the right to seek leave, upon showing of good cause, to supplement and/or amend their identification of evidence as these claim construction proceedings and discovery progress and/or new information subsequently becomes available that frames these issues.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING HALE
AND DORR, LLP
60 State Street
Boston, MA 02109
(617) 880-4500
william.lee@wilmerhale.com

William G. McElwain
Amy K. Wigmore
Joshua L. Stern
WILMER CUTLER PICKERING HALE
AND DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
william.mcelwain@wilmerhale.com
amy.wigmore@wilmerhale.com
joshua.stern@wilmerhale.com

Michael A. Morin
David P. Frazier
Gabrielle La Hatte
Inge A. Osman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
michael.morin@lw.com
david.frazier@lw.com
gabrieille.lahatte@lw.com
inge.osman@lw.com

William B. Raich
Jonathan R. Davies
Mindy L. Ehrenfried
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
william.raich@finnegan.com
jonathan.davies@finnegan.com
mindy.ehrenfried@finnegan.com

Respectfully submitted,

*/s/ Daniel M. Silver*
Michal P. Kelly (DE #2295)
Daniel M. Silver (DE #4758)
Alexandra Joyce (DE #6423)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd*

3

Michael A. Schwartz
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
schwartzma@pepperlaw.com

Dated: October 26, 2018

4